USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
*In re Bystolic Antitrust Litigation* :
:
:
:
_____ :          20-cv-5735 (LJL)
:
This Order relates to: All Direct Purchaser Actions  :          ORDER
:
:
:
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a hearing on the pending applications to appoint interim lead counsel in the Direct Purchaser Actions at 4:30 p.m. on Friday, November 6, 2020 by TELEPHONE CONFERENCE. At that date and time the parties are directed to dial the Court's teleconference line at 888-251-2909 (access code: 2123101). At the conference, the parties should be prepared to address:

1. The relevance of the work that counsel for J M Smith Corp. has done to the factors set forth in Fed. R. Civ. P. 23(g)(1)(A);

2. Whether the motion filed by counsel for J M Smith Corp. presents an all-or-nothing proposition: appoint Garwin, Gerstein & Fisher LLP ("Garwin") and Berger Montague PC ("Berger") <u>and</u> an executive committee or do not appoint Garwin and Berger at all. If the former, why the Court should appoint an executive committee;

3. Each firm's commitment to diversity.

SO ORDERED.

Dated: November 5, 2020
       New York, New York                    _____
                                              LEWIS J. LIMAN
                                              United States District Judge