**GARWIN GERSTEIN & FISHER** LLP

88 Pine Street, 10th Floor, New York, NY 10005 | Telephone: (212) 398-0055 | Fax: (212) 764-6620

Bruce E. Gerstein   Kimberly M. Hennings   Anna Tydniouk
Scott W. Fisher    Elena K. Chan
Joseph Opper       Dan Litvin
Noah H. Silverman  Jonathan M. Gerstein

Sender's e-mail: khennings@garwingerstein.com

November 24, 2020

<u>VIA ECF</u>

Hon. Lewis J. Liman
United States District Court, Southern District of New York
Courtroom 15C
500 Pearl Street
New York, NY 10007-1312

  Re: *In re Bystolic Antitrust Litig.*, **Case No. 1:20-cv-05735-LJL**

Dear Judge Liman:

  I write on behalf of all plaintiffs in the above-captioned litigation ("Plaintiffs") pursuant to Paragraph 13 of the Case Management Plan and Scheduling Order ("CMO") (ECF No. 82) and the Court's Individual Practices in Civil Cases ¶¶ 1.B and 2.G.

  Paragraph 13 of the CMO provides that to the extent Plaintiffs quote or otherwise disclose the contents of the challenged settlement agreements and any related agreements in briefing, Plaintiffs shall submit a letter motion to seal. Accordingly, Plaintiffs hereby seek the Court's permission to file Plaintiffs' Joint Opposition to Defendants' Motion to Transfer Venue to the District of New Jersey Pursuant to ==28 U.S.C. § 1404(a)== under seal.

  On November 23, 2020, counsel for Plaintiffs conferred with counsel for Defendants by telephone concerning the aforementioned, and Defendants do not oppose the requested relief.

          Respectfully submitted:

          */s/ Kimberly M. Hennings*
          Kimberly M. Hennings

---

ORDERED that this motion is DENIED WITHOUT PREJUDICE. The documents that the plaintiffs have moved to seal were filed ex-parte. See Dkt. Nos. 98 and 99.  Pursuant to Rule 2(G) of the Court's Individual Practices and paragraph 13 of the operative case management plan, at Dkt. No. 24, a motion to seal must be accompanied by contemporaneous filing of the documents that are the subject of the motion, and such documents must be filed <u>under seal</u>, not ex-parte.

Plaintiffs are directed to re-file the documents at Dkt. Nos. 98 and 99 under seal, along with a renewed motion to seal. The Court will then follow the procedure prescribed in paragraph 13 of the case management plan at Dkt. No. 24. SO ORDERED. 11/30/2020

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge