UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Bystolic Antitrust Litigation* | Case No. 1:20-cv-05735-LJL |
| This Document Relates To: *CVS & Rite Aid* (Case No. 1:20-cv-10087-LJL) *Walgreen* (Case No. 1:20-cv-09793-LJL) | |

**ORDER**

IT IS HEREBY ORDERED that the Clerk's Office shall associate the *CVS & Rite Aid* case (Case No. 1:20-cv-10087-LJL) and the *Walgreen* case (Case No. 1:20-cv-09793-LJL) as related cases to *In re Bystolic Antitrust Litigation*, Case No. 1:20-cv-05735-LJL, in the CM/ECF system.

Dated: 2/1/2021

Lewis J. Liman
United States District Judge