UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
:
:
:
:
:
IN RE BYSTOLIC ANTITRUST LITIGATION  :  20-cv-5735 (LJL)
:
:  ORDER
:
:
:
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2021

LEWIS J. LIMAN, United States District Judge:

This order addresses several pending motions to seal in this case. The Court's decisions on these motions are without prejudice to the Court's unsealing either on motion or sua sponte.

The motion at Dkt. No. 102 is denied. The motion at Dkt. No. 106 is granted, and the exhibits at Dkt. Nos. 104-2 through 104-16 shall remain under seal. The Clerk is respectfully directed to unseal Dkt. Nos. 103, 104, 104-1, 104-17, 104-18.

The motions at Dkt. Nos. 110 and 112 are denied. The motion at Dkt. No. 139 is granted. Plaintiffs shall file the partially redacted complaints consistent with the redactions at Dkt. Nos. 139-1 and 139-2.

The motion at Dkt. No. 221 is granted, and the exhibit at Dkt. No. 222-3 may be maintained under seal.

The motion at Dkt. No. 224 is denied. The motion at Dkt. No. 237 is granted, and the memorandum and declaration shall be filed in partially redacted form as set forth in Dkt. Nos. 237-1 and 237-2, respectively. The exhibits filed at Dkt. Nos. 227-1 through 227-19 shall remain under seal.

The motion at Dkt. No. 249 is granted to the extent that it seeks to file publicly a second consolidated and amended class action complaint with redactions consistent with those approved at Dkt. No. 161.

All filings to be made in the form directed by this order on the public docket by September 20, 2021. The Clerk is respectfully directed to close the motions at Dkt. Nos. 102, 106, 110, 112, 139, 221, 224, 237, and 249.

SO ORDERED.

Dated: September 17, 2021
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge