```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
                                                                  :
                                                                  :
                                                                  :      20-cv-5735 (LJL)
IN RE BYSTOLIC ANTITRUST LITIGATION                               :
                                                                  :         ORDER
                                                                  :
                                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2021

LEWIS J. LIMAN, United States District Judge:

Plaintiffs in Case No. 20-cv-10087 ("CVS and Rite Aid") and Plaintiffs in Case No. 20-cv-9793 (the "Walgreen Plaintiffs") (collectively "Retailer Plaintiffs") join the Direct Purchaser Class Plaintiffs' Motion for Alternative Service of Torren Pharmaceuticals, Ltd. ("Torrent"). *See* Dkt. Nos. 296, 310.

On February 11, 2021, Retailer Plaintiffs' process server sent to the Indian Central Authority a Request for Service Abroad of Judicial or Extrajudicial Documents, along with copies of the certified summonses and their amended complaints. On February 15, 2021, the package was delivered to the Indian Central Authority. Over seven months have passed, and neither Retailer Plaintiffs nor their process server has received any response from the Central Authority.

For the reasons given in the Court's Opinion and Order dated September 20, 2021, *see* Dkt. No. 312, the Court hereby orders that Retailer Plaintiffs may serve Torrent via email to its Vice President (Legal) & Company Secretary Mahesh Agrawal at maheshagrawal@torrentpharma.com.

SO ORDERED.

Dated: September 21, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge