```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :     20-cv-5735 (LJL)
IN RE BYSTOLIC ANTITRUST LITIGATION                                :
                                                                   :           ORDER
                                                                   :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    End-Payor Plaintiffs ("EPPs") seek clarification of the Court's Order regarding sealing motions.  *See* Dkt. No. 314.  The Court directs EPPs to file a redacted version of the initial consolidated complaint on the public docket in accordance with its Order at Dkt. No. 307.

    SO ORDERED.

Dated: September 21, 2021  
       New York, New York

                                      LEWIS J. LIMAN  
                                  United States District Judge