UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                                :

IN RE BYSTOLIC ANTITRUST LITIGATION    :    20-cv-5735 (LJL)

                                                :    ORDER

-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that the parties appear for oral argument on the four motions to dismiss currently pending before the Court in this case.  *See* Dkt. Nos. 260, 265, 267, 271.  The argument shall take place on December 14, 2021 at 2:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse and will last one hour.  The parties are directed to meet and confer and, by December 7, 2021, file on the docket a letter informing the Court of a proposed agenda and order of argument.

      Members of the public may listen to the argument by dialing into 888-251-2909, using access code 2123101, and following the necessary prompts.

      SO ORDERED.

Dated: November 4, 2021
       New York, New York

                                                        LEWIS J. LIMAN
                                                  United States District Judge