```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE BYSTOLIC ANTITRUST LITIGATION                              :
                                                                 :
-----------------------------------------------------------------:
This Document Relates To:                                        :     20-cv-5735 (LJL)
                                                                 :
All Direct Purchaser Actions                                     :     ORDER
CVS Action (No. 20-cv-10087)                                     :
Walgreen Action (No. 20-cv-9793)                                 :
All End-Payor Actions                                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022

LEWIS J. LIMAN, United States District Judge:

The letter motion at Dkt. No. 351 to seal certain portions of the Court's Opinion and Order, filed under seal at Dkt. No. 349, is granted in part and denied in part. A partially redacted Opinion and Order will be filed.

The Clerk of Court is respectfully directed to close the motion to seal at Dkt. No. 351.

SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
                LEWIS J. LIMAN
           United States District Judge