UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
:
:
:
:
IN RE BYSTOLIC ANTITRUST LITIGATION    :
:
:
:
:
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2022

20-cv-5735 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     This Order addresses two sealing motions on the docket that were filed in response to the Court's Order at Dkt. No. 355.

     The motion at Dkt. No. 359 is granted.

     The motion at Dkt. No. 362 is granted. By **February 17, 2022**, End-Payor Plaintiffs are ordered to file on the public docket their Opposition to Certain Defendants' Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (as filed under seal at Dkt. No. 281), the Declaration of Donna M. Evans (as filed under seal at Dkt. No. 281-1), and Exhibits A-M, with Exhibits A-G remaining under seal.

     The Clerk of Court is respectfully directed to close Dkt. Nos. 359 and 362.

     SO ORDERED.

Dated: February 10, 2022
      New York, New York

                                         LEWIS J. LIMAN
                                     United States District Judge