UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Bystolic Antitrust Litigation* <br><br><br> This Document Relates To: <br><br> ALL ACTIONS | Case No. 1:20-cv-05735-LJL |

JOINT ~~~~~~~~~~ STIPULATED SCHEDULING ORDER NO. 4

   WHEREAS, upon review of the the Direct Purchaser Plaintiffs' Third Consolidated and Amended Class Action Complaint, ECF No. 373; End-Payor Plaintiffs' Second Consolidated Amended Class Action Complaint and Jury Demand, ECF No. 376; Walgreen Plaintiffs' Third Amended Complaint and Demand for Jury Trial, *Walgreen Co. v. AbbVie Inc.*, No. 1:20-cv-09793, ECF No. 43; and CVS and Rite Aid Plaintiffs' Third Amended Complaint and Demand for Jury Trial, *CVS Pharmacy, Inc. v. AbbVie Inc.*, No. 1:20-cv-10087, ECF No. 41 (the "Amended Complaints"), the Parties[1] agree that a new briefing schedule is warranted for any motions to dismiss the Amended Complaints;

   NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING SCHEDULE:

---

[1] "Plaintiffs" are (1) J M Smith Corporation d/b/a Smith Drug Company and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. (together, "Direct Purchaser Plaintiffs"); (2) Mayor and City Council of Baltimore; UFCW Local 1500 Welfare Fund; Teamsters Western Region & Local 177 Health Care Plan; Fraternal Order of Police, Miami Lodge 20 Insurance Trust Fund; Law Enforcement Health Benefits, Inc.; Teamsters Local No. 1150 Prescription Drug Benefit Plan; Teamsters Local 237 Welfare Fund; and Teamsters Local 237 Retirees' Benefit Fund (collectively, "End-Payor Plaintiffs"); and (3) CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp., Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P. (collectively, "Retailer Plaintiffs").

"Defendants" are AbbVie Inc., Allergan, Inc., Allergan Sales, LLC, Allergan USA, Inc., Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Forest Laboratories Ireland, Ltd., Forest Laboratories, LLC, Hetero USA Inc., Hetero Labs Ltd., Hetero Drugs Ltd., Torrent Pharmaceuticals Ltd., Torrent Pharma Inc., Ascend Laboratories, LLC, Alkem Laboratories Ltd., Indchemie Health Specialties Private Ltd., Glenmark Generics Inc., USA (n/k/a Glenmark Pharmaceuticals Inc.), Glenmark Generics Ltd. (n/k/a Glenmark Pharmaceuticals Ltd.), Glenmark Pharmaceuticals S.A. (n/k/a Ichnos Sciences S.A.), Watson Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE) (n/k/a Actavis Laboratories UT, Inc.), Watson Laboratories, Inc. (NY) (later known as Actavis Laboratories NY, Inc.), Watson Laboratories, Inc. (CT), Watson Pharma, Inc. (n/k/a Actavis Pharma, Inc.), Watson Pharmaceuticals Inc. (later known as Actavis, Inc.) , Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., ANI Pharmaceuticals, Inc., Amerigen Pharmaceuticals, Inc., and Amerigen Pharmaceuticals, Ltd.

| EVENT | DEADLINE |
|---|---|
| Defendants file Motion(s) to Dismiss the Amended Complaints | April 19, 2022 |
| Plaintiffs file Opposition(s) to Motion(s) to Dismiss | May 23, 2022 |
| Defendants file Repl(ies) in further support of Motion(s) to Dismiss | June 24, 2022 |

For the renewed motions, the parties have agreed to a minor revision of the page limits that applied to the motions previously considered by the Court, but the aggregate page count will be the same.

Submitted:     March 4, 2022

/s/ Kimberly M. Hennings
Bruce E. Gerstein
Kimberly M. Hennings
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel.: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
khennings@garwingerstein.com

/s/ Caitlin G. Coslett
David F. Sorensen (pro hac vice)
Caitlin G. Coslett (pro hac vice)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

Counsel for Plaintiff J M Smith Corporation d/b/a Smith Drug Company and interim co-lead counsel for the Direct Purchaser Class

/s/ Scott E. Perwin
Scott E. Perwin (pro hac vice)
Lauren C. Ravkind (pro hac vice)
Anna T. Neill (pro hac vice)
**KENNY NACHWALTER P.A.**

/s/ Robin A. van der Meulen
Robin A. van der Meulen
Gregory S. Asciolla
Matthew J. Perez
Veronica Bosco
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
rvandermeulen@labaton.com
gasciolla@labaton.com
mperez@labaton.com
vbosco@labaton.com

/s/ Sharon K. Robertson
Sharon K. Robertson
Donna M. Evans (pro hac vice)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Robert A. Braun
Jessica Weiner (pro hac vice)

2

Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
(305) 373-1000
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P.*

/s/ *J. Mark Gidley*
J. Mark Gidley
Peter J. Carney (pro hac vice)
Eric Grannon (pro hac vice)
Celia McLaughlin (pro hac vice)
Holly Letourneau (pro hac vice)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-38007
Tel: (202)-626-3600
Fax: (212)-354-8113
mgidley@whitecase.com
pcarney@whitecase.com
egrannon@whitecase.com
cmclaughlin@whitecase.com
hletourneau@whitecase.com

*Counsel for AbbVie, Inc., Allergan Inc., Allergan Sales LLC, Allergan USA, Inc. Forest Laboratories Inc., Forest Laboratories Holdings Ltd., Forest Laboratories Ireland, LTD., Watson Pharmaceuticals Inc. (later known as Actavis, Inc.)*

/s/ *Devora W. Allon*
Devora W. Allon. P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212)-446-5697
Fax: (212)-446-6460
devora.allon@kirkland.com

Jay P. Lefkowitz. P.C.

**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
*rbraun@cohenmilstein.com*
*jweiner@cohenmilstein.com*

*Co-Lead Counsel for the Proposed End-Payor Class*

/s/ *Alexander J. Egerváry*
Alexander J. Egerváry
Barry L. Refsin (*pro hac vice*)
Chelsea M. Nichols (*pro hac vice*)
Caitlin V. McHugh (*pro hac vice*)
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
cnichols@hangley.com
cmchugh@hangley.com

Monica L. Kiley (*pro hac vice*)
Eric L. Bloom (*pro hac vice*)
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
(717) 364-1030
mkiley@hangley.com
ebloom@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

/s/ *Christopher T. Holding*
Christopher T. Holding (pro hac vice)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210

3

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212)-446-4970
Fax: (212)-446-4900
lefkowitz@kirkland.com

*Counsel for Torrent Pharma, Inc.*

/s/ Ahmed M.T. Riaz
Ahmed M.T. Riaz
**SCHIFF HARDIN LLP**
1185 Avenue of the Americas
Suite 3000
New York, NY 10036
(212)-753-5000
ariaz@schiffhardin.com

Suzanne L. Wahl (pro hac vice)
**SCHIFF HARDIN LLP**
350 S. Main St., Suite 210
Ann Arbor, MI 48104
(734)-222-1500
swahl@schiffhardin.com

*Counsel for Indchemie Health Specialties Private Ltd., Alkem Laboratories Ltd., Ascend Laboratories LLC*

/s/ Eileen M. Cole
Eileen M. Cole
John "Jay" Jurata, Jr. (pro hac vice)
James Tierney (pro hac vice)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Tel: (202) 339 8400
Fax: (202) 339 8500
eileen.cole@orrick.com
jjurata@orrick.com
jtierney@orrick.com

*Counsel for Defendant ANI Pharmaceuticals, Inc.*

Tel: (617)-570-1753
Fax: (617)-523-1231
cholding@goodwinlaw.com

*Counsel for Watson Pharma, Inc. (n/k/a Actavis Pharma, Inc.), Watson Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE) (n/k/a Actavis Laboratories UT, Inc.), Watson Laboratories, Inc. (NY) (later known as Actavis Laboratories NY, Inc.), Watson Laboratories, Inc., (CT), Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc.*

/s/ Teresa T. Bonder
Natalie Christine Clayton
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016
Tel: (212)-210-9573
Fax: (212)-922-3845
natalie.clayton@alston.com

Teresa T. Bonder (pro hac vice)
**ALSTON & BIRD, LLP**
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Tel: (415)-243-1000
Fax: (415)-243-1001
teresa.bonder@alston.com

Matthew D. Kent (pro hac vice)
Andrew Hatchett (pro hac vice)
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404)-881-7000
Fax: (404)-881-7777
matthew.kent@alston.com
andrew.hatchett@alston.com

*Counsel for Glenmark Generics, Inc., USA n/k/a Glenmark Pharmaceuticals Inc., Glenmark Generics Ltd., and Glenmark Pharmaceuticals Ltd.*

4

| | |
|---|---|
| */s/ Tobias Snyder*<br>Tobias Snyder<br>Marc Lewis<br>Newton Oldfather<br>**LEWIS & LLEWELLYN LLP**<br>601 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 800-0590<br>Fax: (415) 390-2127<br>tsnyder@lewisllewellyn.com<br>mlewis@lewisllewellyn.com<br>noldfather@lewisllewellyn.com<br><br>*Counsel for Defendants Amerigen Pharmaceuticals Ltd. and Amerigen Pharmaceuticals Inc.* | */s/ Jonathan D. Janow*<br>Jonathan D. Janow<br>Christopher B. Henry (pro hac vice forthcoming)<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>1700 K Street, N.W., Suite 300<br>Washington, DC 20006-3807<br>Tel: (202) 452-6057<br>Fax: (202) 452-7989<br>jonathan.janow@bipc.com<br>christopher.henry@bipc.com<br><br>Abigail F. Coster<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>640 5th Avenue, 9th Floor<br>New York, NY 10019-6102<br>Tel: (212) 440-4419<br>Fax: (212) 440-4401<br>abigail.coster@bipc.com<br><br>*Counsel for Defendants Hetero Labs Ltd., Hetero Drugs Ltd., and Hetero USA Inc.* |

**IT IS SO ORDERED.**

Dated:     March 7, 2022
              New York, New York

_____
LEWIS J. LIMAN
United States District Judge