September 30, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *In re Bystolic Antitrust Litig.*, Case No. 1:20-cv-05735 (LJL)

Dear Judge Liman,

      The parties write jointly regarding the upcoming oral argument on Defendants' pending motions to dismiss scheduled for November 3, 2022. Before the oral argument on the previous motions to dismiss, the Court ordered the parties to jointly submit a proposed agenda one week prior to the hearing date. *See* ECF No. 326. If it would be helpful to the Court, the parties propose to similarly submit a proposed agenda for this hearing by October 14, 2022. The parties also welcome any guidance if the Court wishes to hear argument on specific motions or has questions on specific issues.

Respectfully submitted,

*/s/ Kimberly M. Hennings*
Bruce E. Gerstein
Kimberly M. Hennings
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel.: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
khennings@garwingerstein.com

*/s/ Caitlin G. Coslett*
David F. Sorensen (*pro hac vice*)
Caitlin G. Coslett (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

*/s/ Robin A. van der Meulen*
Robin A. van der Meulen
Gregory S. Asciolla
Matthew J. Perez
Veronica Bosco
**DICELLO LEVITT LLC**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel: (646) 933-1000
Fax: (646) 494-9648
rvandermeulen@dicellolevitt.com
gasciolla@dicellolevitt.com
mperez@dicellolevitt.com
vbosco@dicellolevitt.com

*/s/ Sharon K. Robertson*
Sharon K. Robertson
Donna M. Evans (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005

The Honorable Lewis J. Liman
September 30, 2022

*Counsel for Plaintiff J M Smith Corporation
d/b/a Smith Drug Company and interim co-lead
counsel for the Direct Purchaser Class*

/s/ Scott E. Perwin
Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
**KENNY NACHWALTER P.A.**
Four Seasons Tower
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Plaintiffs Walgreen Co., The
Kroger Co., Albertsons Companies, Inc. and H-
E-B, L.P.*

/s/ J. Mark Gidley
J. Mark Gidley
Peter J. Carney (*pro hac vice*)
Eric Grannon (*pro hac vice*)
Celia McLaughlin (*pro hac vice*)
Holly Letourneau (*pro hac vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-38007
Tel: (202) 626-3600
Fax: (212) 354-8113
mgidley@whitecase.com
pcarney@whitecase.com
egrannon@whitecase.com
cmclaughlin@whitecase.com
hletourneau@whitecase.com

*Counsel for AbbVie, Inc., Allergan Inc.,
Allergan Sales LLC, Allergan USA, Inc. Forest
Laboratories Inc., Forest Laboratories
Holdings Ltd., Forest Laboratories Ireland,
LTD., Watson Pharmaceuticals Inc. (later
known as Actavis, Inc.)*

Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
1100 New York Avenue, NW
Fifth Floor
Washington, D.C. 20005
Tel: (202) 408-4600
*rbraun@cohenmilstein.com*

*Co-Lead Counsel for the Proposed End-
Payor Class*

/s/ Alexander J. Egerváry
Alexander J. Egerváry
Barry L. Refsin (*pro hac vice*)
Chelsea M. Nichols (*pro hac vice*)
Caitlin V. McHugh (*pro hac vice*)
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
cnichols@hangley.com
cmchugh@hangley.com

Eric L. Bloom (*pro hac vice*)
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
(717) 364-1030
ebloom@hangley.com

*Counsel for Plaintiffs CVS Pharmacy,
Inc., Rite Aid Corporation and Rite Aid
Hdqtrs. Corp.*

The Honorable Lewis J. Liman
September 30, 2022

/s/ Devora W. Allon
Devora W. Allon. P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5697
Fax: (212) 446-6460
devora.allon@kirkland.com

Jay P. Lefkowitz. P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4970
Fax: (212) 446-4900
lefkowitz@kirkland.com

*Counsel for Torrent Pharma, Inc.*

/s/ Ahmed M.T. Riaz
Ahmed M.T. Riaz
**SCHIFF HARDIN LLP**
1185 Avenue of the Americas
Suite 3000
New York, NY 10036
Tel: (212) 753-5000
ariaz@schiffhardin.com

Suzanne L. Wahl (*pro hac vice*)
**SCHIFF HARDIN LLP**
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Tel: (734) 222-1500
swahl@schiffhardin.com

*Counsel for Indchemie Health Specialties
Private Ltd., Alkem Laboratories Ltd., Ascend
Laboratories LLC*

/s/ Eileen M. Cole
Eileen M. Cole
John "Jay" Jurata, Jr. (*pro hac vice*)
James Tierney (*pro hac vice*)

/s/ Christopher T. Holding
Christopher T. Holding (*pro hac vice*)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1753
Fax: (617) 523-1231
cholding@goodwinlaw.com

*Counsel for Watson Pharma, Inc. (n/k/a
Actavis Pharma, Inc.), Watson Laboratories,
Inc. (NV), Watson Laboratories, Inc. (DE)
(n/k/a Actavis Laboratories UT, Inc.),
Watson Laboratories, Inc. (NY) (later known
as Actavis Laboratories NY, Inc.), Watson
Laboratories, Inc., (CT), Teva
Pharmaceutical Industries Ltd., Teva
Pharmaceuticals USA, Inc.*

/s/ Teresa T. Bonder
Teresa T. Bonder (*pro hac vice*)
**ALSTON & BIRD, LLP**
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Tel: (415) 243-1000
Fax: (415) 243-1001
teresa.bonder@alston.com

Matthew D. Kent (*pro hac vice*)
Andrew Hatchett (*pro hac vice*)
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
matthew.kent@alston.com
andrew.hatchett@alston.com

Natalie Christine Clayton
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9573
Fax: (212) 922-3845

The Honorable Lewis J. Liman
September 30, 2022

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Tel: (202) 339 8400
Fax: (202) 339 8500
eileen.cole@orrick.com
jjurata@orrick.com
jtierney@orrick.com

*Counsel for Defendant ANI Pharmaceuticals, Inc.*

*/s/ Tobias Snyder*
Tobias Snyder
Marc Lewis
Newton Oldfather
**LEWIS & LLEWELLYN LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 800-0590
Fax: (415) 390-2127
tsnyder@lewisllewellyn.com
mlewis@lewisllewellyn.com
noldfather@lewisllewellyn.com

*Counsel for Defendants Amerigen Pharmaceuticals Ltd. and Amerigen Pharmaceuticals Inc.*

natalie.clayton@alston.com

*Counsel for Glenmark Generics, Inc., USA n/k/a Glenmark Pharmaceuticals Inc., Glenmark Generics Ltd., and Glenmark Pharmaceuticals Ltd.*

*/s/ Jonathan D. Janow*
Jonathan D. Janow
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, N.W., Suite 300
Washington, DC 20006-3807
Tel: (202) 452-6057
Fax: (202) 452-7989
jonathan.janow@bipc.com

Abigail F. Coster
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Tel: (212) 440-4419
Fax: (212) 440-4401
abigail.coster@bipc.com

*Counsel for Defendants Hetero Labs Ltd., Hetero Drugs Ltd., and Hetero USA Inc.*