UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
:
:
:
:
IN RE BYSTOLIC ANTITRUST LITIGATION    :    20-cv-5735 (LJL)
:
:    ORDER
:
:
:
:
:
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On September 30, 2022, the parties submitted a joint letter offering to propose an agenda for the argument on November 3, 2022 regarding the pending motions to dismiss.  Dkt. No. 429.

      The argument, previously scheduled to begin at 11:00 a.m. on November 3, 2022, is rescheduled to take place from 9:30 a.m. to 1:00 p.m. on November 3, 2022, with a short comfort break.  The Court believes that the majority of the time (more than 50%) should be devoted to arguments related to Defendants' motions to dismiss the Direct Purchaser and Retailer Plaintiffs' Third Amended Complaints.  The remaining time should be for argument related to Defendants' motions to dismiss End-Payor Plaintiffs' Second Amended Class Action Complaint.

      The Court directs the parties to meet and confer and, by October 25, 2022, jointly submit a proposed agenda consistent with this Order and similar in format to that agenda submitted to the Court on December 3, 2021, Dkt. No. 334.

      SO ORDERED.

Dated: October 13, 2022
      New York, New York

                                                 LEWIS J. LIMAN
                                           United States District Judge