October 24, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The proposed agenda submitted by the parties for oral argument on November 3, 2022 at 9:30 a.m. is approved. 10 minutes of the 25 minutes allotted per side for argument on End-Payor Plaintiffs' Second Consolidated Amended Complaint will be dedicated to Nonresident Defendants' Rule 12(b)(2) Motion to Dismiss End-Payor Plaintiffs' Non-New York Claims for Lack of Personal Jurisdiction, Dkt. No. 386.
10-25-22.

LEWIS J. LIMAN
United States District Judge

**Re:** *In re Bystolic Antitrust Litig.*, Case No. 1:20-cv-05735 (LJL)

Dear Judge Liman:

As directed by the Court's October 13, 2022 Order (ECF No. 431), the parties have conferred and jointly provide the following proposed agenda for the argument on November 3, 2022 at 9:30 a.m. regarding Defendants' pending motions to dismiss:

1. **Defendants' Motion to Dismiss the Direct Purchaser and Retailer Plaintiffs' Third Consolidated Amended Complaint (ECF No. 393)**

   75 minutes per side (movant permitted to divide between opening and rebuttal)

2. **Comfort Break**

   10 minutes

3. **Defendants' Motions to Dismiss the End-Payor Plaintiffs' Second Consolidated Amended Complaint**

   25 minutes per side (movant permitted to divide between opening and rebuttal)

   The parties plan to address the statute of limitations issue raised in Defendants' Motion to Dismiss the End-Payor Plaintiffs' Second Consolidated Amended Complaint (ECF No. 397), and plan to rest on their papers as to the remaining issues raised in Defendants' motion. However, if the Court has questions as to these issues, the parties will be prepared to address them.

   The parties were unclear whether the reference to "motions" (plural) in the Court's October 13 Order means that the Court is also seeking argument on the Nonresident Defendants' Rule 12(b)(2) Motion to Dismiss End-Payor Plaintiffs' Non-New York Claims for Lack of Personal Jurisdiction (ECF No. 386). Defendants believe argument on the Rule 12(b)(2) motion would be helpful as the jurisdictional arguments have evolved since earlier briefing. End-Payor Plaintiffs will be prepared to address the jurisdictional motion if the Court wants to hear argument on it, but believe that the motion can be decided on the papers. To the extent the Court wants to hear argument on this motion, the parties will be prepared to allocate 10 minutes

per side, of the total 25 minutes allocated to the End-Payor-specific issues, to this motion. However, the parties would appreciate further guidance from the Court as to whether it wants to hear argument on the jurisdictional issues.

Consistent with the Court's October 13 Order, the parties do not intend to present argument with respect to Defendant Teva Pharmaceutical Industries Ltd.'s Motion to Dismiss the February 2022 Complaints Under Rule 12(b)(2) (ECF No. 388). The parties also welcome any guidance if the Court wishes to hear argument or has questions on specific issues.

Respectfully submitted,

*/s/ Kimberly M. Hennings*
Bruce E. Gerstein
Kimberly M. Hennings
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel.: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
khennings@garwingerstein.com

*/s/ Caitlin G. Coslett*
David F. Sorensen (*pro hac vice*)
Caitlin G. Coslett (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

*Counsel for Plaintiff J M Smith Corporation d/b/a Smith Drug Company and interim co-lead counsel for the Direct Purchaser Class*

*/s/ Scott E. Perwin*
Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
**KENNY NACHWALTER P.A.**
Four Seasons Tower
1441 Brickell Avenue
Suite 1100

*/s/ Robin A. van der Meulen*
Robin A. van der Meulen
Gregory S. Asciolla
Matthew J. Perez
Veronica Bosco
**DICELLO LEVITT LLC**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel: (646) 933-1000
Fax: (646) 494-9648
rvandermeulen@dicellolevitt.com
gasciolla@ dicellolevitt.com
mperez@ dicellolevitt.com
vbosco@ dicellolevitt.com

*/s/ Sharon K. Robertson*
Sharon K. Robertson
Donna M. Evans (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

Robert A. Braun
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW
Fifth Floor
Washington, D.C. 20005

Miami, FL 33131
(305) 373-1000
sperwin@knpa.com
lravkind@knpa.com
aneill@knpa.com

*Counsel for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc. and H-E-B, L.P.*

/s/ J. Mark Gidley
J. Mark Gidley
Peter J. Carney (pro hac vice)
Eric Grannon (pro hac vice)
Adam Acosta (pro hac vice)
Celia McLaughlin (pro hac vice)
Holly Letourneau (pro hac vice)
Kelly Newman
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-38007
Tel: (202) 626-3600
Fax: (212) 354-8113
mgidley@whitecase.com
pcarney@whitecase.com
egrannon@whitecase.com
adam.acosta@whitecase.com
cmclaughlin@whitecase.com
hletourneau@whitecase.com
kelly.newman@whitecase.com

*Counsel for AbbVie, Inc., Allergan Inc., Allergan Sales LLC, Allergan USA, Inc. Forest Laboratories Inc., Forest Laboratories Holdings Ltd., Forest Laboratories Ireland, LTD., Watson Pharmaceuticals Inc. (later known as Actavis, Inc.)*

/s/ Devora W. Allon
Devora W. Allon, P.C.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5697
Fax: (212) 446-6460
devora.allon@kirkland.com

Jay P. Lefkowitz. P.C.
**KIRKLAND & ELLIS LLP**

Tel: (202) 408-4600
*rbraun@cohenmilstein.com*

*Co-Lead Counsel for the Proposed End-Payor Class*

/s/ Alexander J. Egerváry
Alexander J. Egerváry
Barry L. Refsin (*pro hac vice*)
Chelsea M. Nichols (*pro hac vice*)
Caitlin V. McHugh (*pro hac vice*)
**HANGLEY ARONCHICK
SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
cnichols@hangley.com
cmchugh@hangley.com

Monica L. Kiley (*pro hac vice*)
Eric L. Bloom (*pro hac vice*)
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
(717) 364-1030
mkiley@hangley.com
ebloom@hangley.com

*Counsel for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation and Rite Aid Hdqtrs. Corp.*

/s/ Christopher T. Holding
Christopher T. Holding (pro hac vice)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1753
Fax: (617) 523-1231
cholding@goodwinlaw.com

*Counsel for Watson Pharma, Inc. (n/k/a Actavis Pharma, Inc.), Watson*

3

601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4970
Fax: (212) 446-4900
lefkowitz@kirkland.com

*Counsel for Torrent Pharma, Inc.*

*/s/ Ahmed M.T. Riaz*
Ahmed M.T. Riaz
**ARENTFOX SCHIFF LLP**
1185 Avenue of the Americas
Suite 3000
New York, NY 10036
(212) 753-5000
Ahmed.riaz@afslaw.com

Suzanne L. Wahl (pro hac vice)
**ARENTFOX SCHIFF LLP**
350 S. Main St., Suite 210
Ann Arbor, MI 48104
(734)-222-1500
Suzanne.wahl@afslaw.com

*Counsel for Indchemie Health Specialties Private Ltd., Alkem Laboratories Ltd., Ascend Laboratories LLC*

*/s/ Eileen M. Cole*
Eileen M. Cole
John "Jay" Jurata, Jr. (pro hac vice)
James Tierney (pro hac vice)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Tel: (202) 339 8400
Fax: (202) 339 8500
eileen.cole@orrick.com
jjurata@orrick.com
jtierney@orrick.com

*Counsel for Defendant ANI Pharmaceuticals, Inc.*

*/s/ Tobias Snyder*
Tobias Snyder
Marc Lewis
Newton Oldfather

*Laboratories, Inc. (NV), Watson Laboratories, Inc. (DE) (n/k/a Actavis Laboratories UT, Inc.), Watson Laboratories, Inc. (NY) (later known as Actavis Laboratories NY, Inc.), Watson Laboratories, Inc., (CT), Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc.*

*/s/ Teresa T. Bonder*
Teresa T. Bonder (pro hac vice)
**ALSTON & BIRD, LLP**
560 Mission Street, Ste. 2100
San Francisco, CA 94105
Tel: (415)-243-1000
Fax: (415)-243-1001
teresa.bonder@alston.com

Matthew D. Kent (pro hac vice)
Andrew Hatchett (pro hac vice)
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
matthew.kent@alston.com
andrew.hatchett@alston.com

Natalie Christine Clayton
**ALSTON & BIRD, LLP**
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9573
Fax: (212) 922-3845
natalie.clayton@alston.com

*Counsel for Glenmark Generics, Inc., USA n/k/a Glenmark Pharmaceuticals Inc., Glenmark Generics Ltd., and Glenmark Pharmaceuticals Ltd.*

*/s/ Jonathan D. Janow*
Jonathan D. Janow
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, N.W., Suite 300
Washington, DC 20006-3807

4

**LEWIS & LLEWELLYN LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 800-0590
Fax: (415) 390-2127
tsnyder@lewisllewellyn.com
mlewis@lewisllewellyn.com
noldfather@lewisllewellyn.com

*Counsel for Defendants Amerigen Pharmaceuticals Ltd. and Amerigen Pharmaceuticals Inc.*

Tel: (202) 452-6057
Fax: (202) 452-7989
jonathan.janow@bipc.com

Abigail F. Coster
**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Tel: (212) 440-4419
Fax: (212) 440-4401
abigail.coster@bipc.com

*Counsel for Defendants Hetero Labs Ltd., Hetero Drugs Ltd., and Hetero USA Inc.*