```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
                                                                  :
                                                                  :
                                                                  :
                                                                  :       20-cv-5735 (LJL)
IN RE BYSTOLIC ANTITRUST LITIGATION                               :
                                                                  :          ORDER
                                                                  :
                                                                  :
                                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in the Opinion and Order filed by the Court today:  Defendants' motion to dismiss the Direct Purchaser and Retailer Plaintiffs' Complaints for failure to state a claim is GRANTED, and the Direct Purchaser and Retailer Plaintiffs' Complaints are DISMISSSED with prejudice.  Defendants' motion to dismiss the End-Payor Plaintiffs' Complaint for failure to state a claim is GRANTED, and the End-Payor Plaintiffs' Complaint is DISMISSED with prejudice.  Nonresident Defendants' motion to dismiss the End-Payor Plaintiffs' Complaint's non-New York, state-law claims for lack of personal jurisdiction and Teva Israel's motion to dismiss for lack of personal jurisdiction are DENIED as moot.

      In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal.  The parties shall meet and confer with respect to potential redactions and, by **February 28, 2023**, the parties shall file any proposed redactions pursuant to the Court's Individual Practices.  In addition, the parties are invited to inform the Court of any errors in citation, typography, or similar errors they discover in their review.  The Court will rule on any outstanding motions to seal at the same time it rules on any proposed redactions to the Opinion and Order.

      SO ORDERED.

Dated: February 21, 2023  
      New York, New York  
                                                          LEWIS J. LIMAN  
                                                      United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 02/21/2023