# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE BYSTOLIC ANTITRUST LITIGATION** | Lead Case No. 1:20-cv-05735 (LJL) |
| **This Document Relates To:**<br><br>*CVS & Rite Aid* (No. 1:20-cv-10087-LJL) | |

## NOTICE OF APPEAL

Please take notice that Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp. appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order filed in this case on February 21, 2023 dismissing Plaintiffs' Complaint with prejudice (Main Docket Nos. 438 and 439) and all orders subsumed therein.

Dated: March 20, 2023

Respectfully submitted,

*s/ Barry L. Refsin*
Barry L. Refsin
Alexander J. Egerváry
HANGLEY ARONCHICK SEGAL
  PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
brefsin@hangley.com
aegervary@hangley.com

Eric L. Bloom
HANGLEY ARONCHICK SEGAL
  PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110
(717) 364-1030
ebloom@hangley.com

*Attorneys for Plaintiffs CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp.*

## CERTIFICATE OF SERVICE

I, Barry L. Refsin, certify that this 20th day of March, 2023, the foregoing Notice of Appeal was filed on the Court's CM/ECF System where it is available for viewing and downloading.

*s/ Barry L. Refsin*
Barry L. Refsin
