```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
                                                                       :
                                                                       :
                                                                       :
                                                                       :      20-cv-5735 (LJL)
                                                                       :
IN RE BYSTOLIC ANTITRUST LITIGATION                                    :
                                                                       :          ORDER
                                                                       :
                                                                       :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023

LEWIS J. LIMAN, United States District Judge:

This order addresses several pending motions to seal in this case.

The motion at Dkt. No. 391 is GRANTED.

The motions at Dkt. Nos. 394 and 401 are GRANTED IN PART and DENIED in PART. The proposed redactions at Dkt. No. 402-1 are granted for the highlighted selections on page 8, line 6–7 (excluding the term "nebivolol"); page 15, lines 2–3 (excluding "nebivolol API"), line 5; page 21; page 22, line 14; page 35; and page 36 (excluding the phrase "select new products of equal value if Amerigen discontinued any product"). The remainder of the proposed redactions are denied.

The proposed redactions for Dkt. No. 402-2 are granted for the highlighted selections on page 53, lines 25–26 (excluding the term "API"); page 54, line 1 (excluding "$37.5"), lines 15–16 (following "nebivolol API"); page 57, lines 11–17; page 58, lines 2, 9, footnote 96; page 60, lines 21–23; page 61, lines 6–8; page 62, line 6 (excluding "for 'Development Work'"), lines 16–18; page 63, lines 22–23, 25–27; page 64, line 23; page 67, lines 25–27; page 68, lines 1, 27; page 69, line 1, footnote 95 line 3 (excluding "Forest's"); page 71; page 72; page 74, lines 19–21; page 75; and page 76 (excluding "$4"). The remainder of the proposed redactions are denied.

The motion at Dkt. No. 407 is GRANTED IN PART and DENIED IN PART. The motion at Dkt. No. 417 is GRANTED. End-Payor Plaintiffs are directed to publicly file their Opposition to Nonresident Defendants' Rule 12(b)(2) Motion to Dismiss End-Payor Plaintiffs' Non-New York Claims for Lack of Personal Jurisdiction and the accompanying Evans Declaration. Dkt. Nos. 412-2 through 412-8, or Exhibits A through G of the Evans Declaration, shall remain under seal.

The motions at Dkt. Nos. 410 and 415 are GRANTED IN PART and DENIED IN PART. The proposed redactions at Dkt. No. 416-1 are granted for the highlighted sections on page 13, line 14 (excluding "requirements contract"); page 16 (excluding "API" and "nebivolol"); and page 23, lines 19–20 (excluding "in milestones for 'Development Work'").  The remainder of the proposed redactions are denied.

The motions at Dkt. Nos. 421 and 423 are GRANTED IN PART and DENIED IN PART. The proposed redactions at Dkt. No. 424-1 are granted for the highlighted sections on page 8, lines 6–7, 16; and page 19.  The remainder of the proposed redactions are denied.

The parties are directed to file public versions of the filings at issue, in the form directed by this order, on the public docket by March 31, 2023.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 391, 394, 401, 407, 410, 415, 417, 421, 423.

The Clerk of Court is also respectfully directed to unseal Dkt. No. 438.


SO ORDERED.

Dated: March 24, 2023
      New York, New York                             LEWIS J. LIMAN
                                                         United States District Judge